# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163216(53)

CANDI OTTGEN and PATRICK OTTGEN,
      Plaintiffs-Appellants,

v

ABDALMAIJID KATRANJI, M.D., KATRANJI
RECONSTRUCTIVE SURGICAL INSTITUTE,
KATRANJI RECONSTRUCTIVE SURGERY
INSTITUTE, PLLC, KATRANJI FAMILY
FOUNDATION, KATRANJI HAND CENTER,
and KATRANJI INSTITUTE,
      Defendants-Appellees.
_____/

SC: 163216
COA: 350767
Ingham CC: 19-000266-NH

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 19, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021



Clerk